# United States Court of Appeals for the Fifth Circuit

———————

No. 24-20537
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

February 16, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARCELO MARTINEZ-CRUZ,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CR-465-1

———————————————————

Before STEWART, GRAVES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Marcelo Martinez-Cruz has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez-Cruz has not filed a response in English. We have reviewed counsel's briefs and the relevant portions of

———————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-20537

the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.